KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900
FACSIMILE:
(202) 326-7999

November 20, 2014

*Via ECF*

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:     Appellant's Corrected Brief (Dkt. No. 49) in *Koch v. Greenberg*, No. 14-1712

Dear Ms. Wolfe:

At the request of the clerk's office, I write to inform the Court that the above-referenced corrected brief was filed due to technical difficulties with the CM/ECF system. In particular, upon filing, certain pages of the special appendix to the originally filed brief were stripped of page numbers. The special appendix to the corrected brief is fully paginated.

Respectfully submitted,

*/s/ David C. Frederick*

David C. Frederick
*Counsel for Defendant-Counter-Claimant-Appellant*

cc:     All counsel of record (via ECF)